IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| NJK Holding Corporation, DCC Ventures, LLC, Nasser J. Kazeminy, and The Triomphe Investors, LLC, <br><br> Plaintiffs, <br><br> vs. <br><br> FLI Deep Marine LLC, Bressner Partners Limited, Logan Langberg, Harley Langberg, and Jeffrey Langberg, <br><br> Defendants. | Case No.: 11-cv-4046 <br><br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiffs NJK Holding Corporation, DCC Ventures, LLC, Nasser J. Kazeminy, and The Triomphe Investors, LLC (collectively "Plaintiffs") hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the defendants FLI Deep Marine LLC ("FLI"), Bressner Partners Ltd. ("Bressner"), Logan Langberg, Harley Langberg, and Jeffrey Langberg (collectively "Defendants").

2

        COLE SCHOTZ MEISEL
        FORMAN & LEONARD, P.A.
        900 Third Avenue – 16th Floor
        New York, New York 10022

           -and-

        25 Main Street – Court Plaza North
        Hackensack, New Jersey 07601

        By:  /s/ *Michael S. Meisel*
             Michael S. Meisel

        WINTHROP & WEINSTINE, P.A.
        Robert R. Weinstine (#115435)
        Christianna L. Finnern (#310724)
        Joseph M. Windler (#387758)

        225 South Sixth Street, Suite 3500
        Minneapolis, Minnesota 55402
        Tel:   (612) 604-6400
        Fax:   (612) 604-6800
        *Counsel for Plaintiffs*

October 4, 2011